## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

GALEN TROLINGER,

               Plaintiff

   v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant

CIVIL ACTION NO. 3:14-CV-01324

(MEHALCHICK, M.J.)

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Galen Trolinger as set forth in the following paragraph.

2. The partially favorable decision of the Commissioner of Social Security is **AFFIRMED**.

3. Plaintiff's request for the award of benefits or a new administrative hearing is **DENIED**.

4. The Clerk of Court shall close this case.

**Dated: July 27, 2015**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**